NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1129

FLEXSYS AMERICA L.P.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SINORGCHEM CO., SHANDONG,

Intervenor,

and

KOREA KUMHO PETROCHEMICAL CO., LTD., KUMHO TIRE USA, INC.,
and KUMHO TIRE CO., INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-652.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

Sinorgchem Co., Shandong and Korea Kumho Petrochemical Company, Inc.; Kumho Tire USA, Inc., Kumho Tire Company, Inc. separately move without opposition for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

__FEB 24 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Robert M. Masters, Esq.
       James A. Worth, Esq.
       Guy W. Chambers, Esq.
       Carter G. Phillips, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK